**NORTHERN DISTRICT OF ILLINOIS**
EASTERNS DIVISION

In Re:                                    )
                                          )   Case No. 19-31635
    Claudine Minogue           )
                                          )
          Debtor.                    )

# NOTICE OF FILING

**TO:** See attached service list

    **PLEASE TAKE NOTICE** that on the 24th day of December, 2019 the undersigned filed with the Clerk of the United States Bankruptcy Court the attached
**Objection to confirmation of Chapter 13 plan**

                                          BEERMANN LLC

                                          By: /s/Jeffrey K. Gutman
                                                  One of its attorneys

# PROOF OF SERVICE

    The undersigned certifies that a copy of this notice and the attached was duly served by U.S. Mail to the above-mentioned individuals and attorneys on the attached service list at the above-mentioned address, with proper postage prepaid this 24th day of December, 2019

                                            /s/ Jeffrey K. Gutman
                                            Jeffrey K. Gutman

**GUTMAN & ASSOCIATES**
**4018 N. Lincoln Avenue**
**Chicago, Illinois 60618**
**773/472-4500**

**Service List**

1. Claudine Minogue
   219 Sky Hill Road
   Wauconda, IL 60084

2. Glenn B. Stearns
   801 Warrenville Road
   Suite 650
   Lisle, IL 60532

3. United States Trustee
   219 S. Dearborn
   Room 873
   Chicago, Il 60604

4. Joseph E. Cohen
   Cohen and Krol
   105 West Madison
   Suite 1100
   Chicago, Il 60602

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                   )
                                         )   Case No. 19-31635
   Claudine Minogue              )
                                         )
      Debtor.                  )

### OBJECTION TO CONFIRMATON OF CH 13 PLAN

The creditor, BEERMANN LLC ("Beermann "), by and through its attorney, Jeffrey K. Gutman, and sets forth the following objection to confirmation of the Debtor's Chapter 13 plan:

1. Beermann is a judgment creditor of the Debtor in the amount of $85,000. The Beeerman judgment was recorded and is thus secured by all of the Debtor's real estate.

2. The debtor has proposed to pay a 100% plan with payments of $125 per month for 23 months and on the 24th month a balloon payment of $301,354

3. The total to be paid in the first 23 months is $2,875.00. Thus, the only one that will be paid from the plan is the Debtor's attorney's fees.

4. The plan as proposed is not feasible because the Debtor has not shown any ability to pay the balloon payment of $301,354.

5. The plan as proposed does not provide any adequate protection and there is a likelihood that the balloon payment will not be paid. Thus, the plan as proposed will guarantee creditors less than the amount that would be distributed under chapter 7.

6. The Debtors has listed in Schedule A/B ownership of two parcels of real estate: 219 Sky Hill Road, Wauconda, IL ("the Wauconda home") and 1848 Tails Edge Drive, Northbrook, IL ("the Northbrook home")

7. The debtor's schedules list her as residing in the Wauconda home. However, the value of the home is listed at $0.00, even though the property it is listed for sale for over $300,000.00.

8. The Wauconda home had 2018 real estate taxes of $9,204.50, or $767.04 per month. However, the Debtor has listed in Schedule J real estate taxes of only $540.00 per month.

9. In addition, the 2018 real estate taxes for the Northbrook house was $17,261.03 or $1,438.41 per month. However, the schedules fail to show any payment for any real estate taxes for this property.

10. The Debtor's Schedule J is incorrect in that it fails to include all of the Debtor's necessary expenses and the Chapter 13 plan is not feasible because the Debtor does not have the funds available as proposed.

WHEREFORE, BEERMANN LLC prays this Court deny confirmation of the Chapter 13 plan and grant such other and further relief as this Court deems just.

                        Respectfully Submitted,

                        BEERMANN LLC

                        /s/Jeffrey K. Gutman_____
                        One of its Attorneys

Jeffrey K. Gutman
Gutman & Associates LLC
4018 N. Lincoln Ave.
Chicago, Illinois 60618
(773) 472-4500